UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHGATE PLAZA HOMEOWNERS ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | NO. C21-509RSL<br><br>ORDER VACATING STANDING ORDER AT DKT. #4 |

The Court's Standing Order at Dkt. #4, entered April 18, 2021, in the above captioned case, is hereby VACATED.

DATED this 3rd day of May, 2021.

　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　United States District Judge

ORDER VACATING STANDING ORDER AT DKT. #4