HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHGATE PLAZA HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:21-cv-00509-RSL<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM EXPERT WITNESSES UNDER FED. R. CIV. P. 26(a)(2) |

## I.   STIPULATED MOTION

Comes now, Plaintiff Northgate Plaza Homeowners Association ("Association") and Defendant Westchester Surplus Lines Insurance Company ("Westchester"), by and through their respective counsel, and stipulate to this motion for a continuance of the deadline for disclosure of reports from expert witnesses under Fed. R. Civ. P. 26(a)(2).

Counsel for the Association and Westchester have conferred and propose an extension of the following deadline:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Disclosure of Reports from Expert Witnesses under Fed. R. Civ. P. 26(a)(2) | 12/08/2021 | 12/22/2021 |

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM EXPERT WITNESSES UNDER FED. R. CIV. P. 26(a)(2) (NO. 2:21-cv-00509-RSL) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

## II.   GOOD CAUSE SHOWN

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties have agreed to enter into mediation of this matter on December 6, 2021. For purposes of judicial economy, the parties propose that the deadline for disclosure of reports from expert witnesses under Fed. R. Civ. P. 26(a)(2) be continued for two weeks to avoid incurring additional expenses on behalf of the parties should the matter resolve during mediation. No previous extensions of time have been requested or granted by the Court in this matter, and this extension is not made for purposes of delay, but rather to permit the parties additional time in an attempt to resolve this matter amicably without incurring substantial further costs or requiring additional time and resources on behalf of the Court. No other deadlines or events in this matter are to be altered. The parties respectfully request that the Court extend the currently scheduled deadline as set forth above. A proposed order is included herewith.

DATED this 1st day of December, 2021.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jessica R. Burns*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica R. Burns, WSBA 49852
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

DATED this 1st day of December, 2021.

**COZEN O'CONNOR**

*/s/ William F. Knowles*

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM EXPERT WITNESSES UNDER FED. R. CIV. P. 26(a)(2) (NO.  2:21-cv-00509-RSL) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

1  William F. Knowles, WSBA No. 17212
   Cameron D. Young, WSBA No. 54232
2  999 Third Avenue, Suite 1900
   Seattle, WA 98104
3  Email: wknowles@cozen.com
   Email: cdyoung@cozen.com
4  Telephone: (206) 623-4100
   *Attorney for Defendant*

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM EXPERT WITNESSES UNDER FED. R. CIV. P. 26(a)(2) (NO.  2:21-cv-00509-RSL) - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the deadline for disclosure of the parties' reports from expert witnesses under Fed. R. Civ. P. 26(a)(2) be extended as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Disclosure of Reports from Expert Witnesses under Fed. R. Civ. P. 26(a)(2) | 12/08/2021 | 12/22/2021 |

No other deadlines or events are altered.

**DATED THIS** 3rd **day of** December, 2021.

*[signature]*

HONORABLE ROBERT S. LASNIK

Presented By:

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jessica R. Burns*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica R. Burns, WSBA 49852
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
***Attorneys for Plaintiff***

**COZEN O'CONNOR**

*/s/ William F. Knowles*
William F. Knowles, WSBA No. 17212
Cameron D. Young, WSBA No. 54232

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM EXPERT WITNESSES UNDER FED. R. CIV. P. 26(a)(2) (NO. 2:21-cv-00509-RSL) - 4

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

999 Third Avenue, Suite 1900
Seattle, WA 98104
Email: wknowles@cozen.com
Email: cdyoung@cozen.com
Telephone: (206) 623-4100
**Attorney for Defendant**

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISCLOSURE OF REPORTS FROM EXPERT WITNESSES UNDER FED. R. CIV. P. 26(a)(2) (NO.  2:21-cv-00509-RSL) - 5

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660