THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHGATE PLAZA HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:21-cv-00509-RSL-TLF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY** |

## **STIPULATION**

Plaintiff NORTHGATE PLAZA HOMEOWNERS ASSOCIATION and Defendant WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Westchester"), by and through their attorneys of record, hereby stipulate and agree to the dismissal of all claims between them, without prejudice and without fees or costs awarded against any party.

//

//

//

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY - 1
NO. 2:21-cv-00509-RSL-TLF

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Dated this 1st day of March, 2022.

STEIN, SUDWEEKS & STEIN, PLLC

By: /s/ Justin D. Sudweeks
    Jerry H. Stein, WSBA No. 27721
    Justin D. Sudweeks, WSBA No. 28755
    Daniel J. Stein, WSBA No. 48739
    Jessica R. Burns, WSBA No. 49852
    16400 Southcenter Parkway, Suite 410
    Tukwila, Washington 98188
    Office: (206) 388-0660
    Fax: (206) 286-2660
    Email:   jstein@condodefects.com
               justin@condodefects.com
               dstein@condodefects.com
               jessica@condodefects.com

*Attorneys for Plaintiff Northgate Plaza Homeowners Association*

Dated this 1st day of March, 2022.

COZEN O'CONNOR

By: /s/ William F. Knowles
    William F. Knowles, WSBA No. 17212
    Cameron D. Young, WSBA No. 54232
    999 Third Avenue, Suite 1900
    Seattle, Washington 98104
    Telephone: 206.340.1000
    Facsimile: 206.621.8783
    Email:   wknowles@cozen.com
               cdyoung@cozen.com

*Attorneys for Defendant Westchester Surplus Lines Insurance Company*

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY - 2
NO. 2:21-cv-00509-RSL-TLF

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendant Westchester are hereby dismissed in their entirety without prejudice and without fees or costs against any party.

DATED this __2nd__ day of __March__, 2022.

*[signature]*

The Honorable Robert S. Lasnik
United States District Judge

Presented by:

COZEN O'CONNOR

By: __/s/ William F. Knowles__
William F. Knowles, WSBA No. 17212
Cameron D. Young, WSBA No. 54232
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
E-mail:   wknowles@cozen.com
          cdyoung@cozen.com

*Attorneys for Defendant Westchester Surplus Lines Insurance Company*

//

//

//

//

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY - 3
NO. 2:21-cv-00509-RSL-TLF

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Approved; Notice of Presentation Waived:

STEIN, SUDWEEKS & STEIN, PLLC


By: _/s/ Justin D. Sudweeks_
    Jerry H. Stein, WSBA No. 27721
    Justin D. Sudweeks, WSBA No. 28755
    Daniel J. Stein, WSBA No. 48739
    Jessica R. Burns, WSBA No. 49852
    Stein, Sudweeks & Stein, PLLC
    16400 Southcenter Parkway, Suite 410
    Tukwila, Washington 98188
    Office: (206) 388-0660
    Fax: (206) 286-2660
    Email:   jstein@condodefects.com
                justin@condodefects.com
                dstein@condodefects.com
                jessica@condodefects.com

*Attorneys for Plaintiff Northgate Plaza Homeowners Association*

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY - 4
NO. 2:21-cv-00509-RSL-TLF

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000